**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NATIONAL FEDERATION OF THE BLIND OF TEXAS, CEDRIC BRYANT, TED GALANOS, LOUIS MAHER, and MICHAEL MCCULLOCH, | § § § § § | |
| Plaintiffs, | § § § | |
| vs. | § § § | CIVIL ACTION NO. 4:26-cv-00845 |
| TENESHIA HUDSPETH *in her official capacity as County Clerk of Harris County, Texas;* and HARRIS COUNTY, TEXAS, | § § § § | |
| Defendants. | § § | |

**PLAINTIFFS' MOTION FOR JUDICIAL NOTICE**

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, Plaintiffs Cedric Bryant, Ted Galanos, Louis Maher, Michael McCulloch, and the National Federation of the Blind of Texas, request that this Court take judicial notice of the following information published on public facing websites by Harris County Texas relating to budgeting and receipt of federal financial assistance. Plaintiffs' counsel conferred with Defendants' counsel regarding consent to the request for judicial notice, which Defendants' counsel did not provide.

Federal Rule of Civil Procedure 201(b) provides that a "court may judicially notice a fact that is not subject to reasonable dispute." A fact meets this standard when it is "generally known within the trial court's territorial jurisdiction" or can "readily [be] determined from sources whose accuracy cannot reasonably be questioned." *Id.* The information posted to Defendants' public facing government websites and publicly available budget reports satisfies this requirement. Plaintiffs have also contemporaneously filed their Opposition to Defendants' Motion to Dismiss which contains case law and analysis regarding the appropriateness of judicial

notice for government websites and reports. Plaintiffs' Opposition references the Exhibits listed below, regarding which Plaintiffs request the Court to take judicial notice.

**Harris County Webpages and Budget Reports to be Judicially Noticed**

1. **Exhibit 1**: Harris County Adopted Budget Fiscal Year 2023, available to the public online at the Defendants' webpage:

   https://budget.harriscountytx.gov/doc/Budget/budgetbook/FY2023/FY23_Proposed_Budget_Volume_I_20221212.pdf. Plaintiffs request judicial notice of the Defendants' use of ARPA funds to "increase community awareness for voting and voter registration," p. 48, and the use of ARPA funds for "Elections Administration" on page 72. Plaintiffs also included other pages of the same budget report to highlight other categories of the Defendant's budget that, upon information and belief, use portions of this ARPA funding.

2. **Exhibit 2**: Harris County Office of County Administration ARPA County Operations, available to the public online at the webpage:

   https://oca.harriscountytx.gov/ARPA/ARPA-County-Operations. Plaintiffs request judicial notice of the Defendants' current use of $5 million in federal ARPA funds for voter outreach and voting and education.

3. **Exhibit 3**: Harris County Adopted Budget Fiscal Year 2023, available to the public online at the Defendants' webpage:

   https://budget.harriscountytx.gov/doc/Budget/budgetbook/FY2023/FY23_Proposed_Budget_Volume_I_20221212.pdf. Plaintiffs request judicial notice that Defendants' allocated "$1.5 million in General funds for the EA to transition to a new voter registration technology system." p. 48.

Respectfully submitted,

*/s/ Sashi Nisankarao*

SASHI NISANKARAO
Texas State Bar No. 24102284
DISABILITY RIGHTS TEXAS
100 Glenborough Dr., Ste. 600
Houston, Texas 77067
(832) 209-1105 (phone)
(512) 454-3999 (fax)
sashin@disabilityrightstx.org

CHRISTOPHER MCGREAL
DISABILITY RIGHTS TEXAS
1420 W. Mockingbird Lane, Ste. 450
Dallas, Texas 75247
cmcgreal@disabilityrightstx.org

EVE L. HILL*
Attorney-in-charge
LAUREN J. KELLEHER*
MARISA LEIB-NERI*
BROWN GOLDSTEIN & LEVY
120 E. Baltimore St., Ste. 2500
Baltimore, MD 21202
(410) 962-1030 (phone)
(410) 385-0869 (fax)
ehill@browngold.com
lkelleher@browngold.com
mleibneri@browngold.com

ATTORNEYS FOR PLAINTIFFS

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

_/s/ Sashi Nisankarao_
SASHI NISANKARAO