United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL FEDERATION OF THE BLIND OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § § | |
| VS. | § § § | CIVIL ACTION NO. 4:26-CV-00845 |
| TENESHIA HUDSPETH, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ON DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' REHABILITATION ACT CLAIMS

On this date, the Court considered the defendant's, Teneshia Hudspeth, in her official capacity as County Clerk of Harris County, and Harris County's motion to dismiss the Rehabilitation Act claims made by the plaintiffs, National Federation of the Blind of Texas, Cedric Bryant, Ted Galanos, Louis Maher, and Michael McCulloch, pursuant to FRCP 12(b)(6). The Court is of the opinion that the motion is premature and cannot be properly addressed in a Rule12(b)(6) motion, therefore, the motion is denied without prejudice to the claim.

It is so Ordered.

SIGNED on May 14, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1