United States District Court
Southern District of Texas
**ENTERED**
September 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL FEDERATION OF THE BLIND OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00845 |
| | § | |
| TENESHIA HUDSPETH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION OF JUDICIAL NOTICE**

Before the Court is the defendants' motion for reconsideration (Dkt. No. 32) and the plaintiffs' opposition thereto on the plaintiffs' request for judicial notice, (Dkt. No. 27). The defendants' motion for reconsideration is **DENIED**. It is further **ORDERED** that the Court's Order Granting the Plaintiffs' Motion to Take Judicial Notice dated May 12, 2026 (Dkt. No. 30) stands.

It is so ORDERED.

SIGNED on September 14, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge